# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158150(70)
158151

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PROGRESS MICHIGAN,
        Plaintiff-Appellant,

v

ATTORNEY GENERAL,
        Defendant-Appellee.

SC: 158150, 158151
COA: 340921, 340956
Ct of Claims: 17-000093-MZ

_____/

On order of the Chief Justice, the motion of the Michigan Association for Justice to participate as amicus curiae and file a brief amicus curiae is GRANTED. The amicus brief submitted on December 13, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2019



Clerk